UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMUNDO MUNOZ-ORTEGA,<br><br>Defendant. | CASE NO.: 22-cr-0873-JLS<br>and related case 17-cr-1115-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND FINAL REVOCATION HEARING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Munoz-Ortega's Motion Hearing/Trial Setting date for 22-cr-00873-JLS and the Final Revocation Hearing date for related case 17-cr-1115-JLS both currently scheduled for June 24, 2022 at 1:30 pm both be continued to July 15, 2022 at 1:45 pm.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D), (7). The Court further orders that the time necessary for the continuance is excluded under the Speedy Trial Act to allow defense counsel to prepare and in the interests of justice.

**IT IS SO ORDERED.**

Dated: June 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge